Barry S. Pollack (BP 4039)
Mary Cecilia Sweeney (MS 6047)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000

Attorneys for Plaintiff

JUDGE CASTEL

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

07 CV 7522

ALGONQUIN CAPITAL MANAGEMENT,
LLC, a Connecticut Limited Liability Company,

               Plaintiff,

vs.

JOSEPH MACEDA

               Defendant.

Civil Action No. _____

Rule 7.1 Statement

AUG 24 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Fed. R. Civ. P. 7.1, plaintiff ALGONQUIN CAPITAL MANAGEMENT, LLC, by its undersigned counsel, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 24, 2007

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: _____
Mary Cecilia Sweeney (MS 6047)

Attorneys for plaintiffs

{N0094281; 1}