UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

ALGONQUIN CAPITAL MANAGEMENT,
LLC, a Connecticut Limited Liability Company,

                Plaintiff,

  vs.

JOSEPH MACEDA,

                Defendant.

1:07-cv-07522 (PKC)

## CERTIFICATE OF SERVICE

I, Mary Cecilia Sweeney, a member of the Bar of this Court and an attorney associated with the law firm Sullivan & Worcester LLP, counsel for plaintiff Algonquin Capital Management, LLC, hereby certify that on September 24, 2007 I caused true and correct copies of the Summons and First Amended Complaint to be served by electronic mail and FedEx overnight delivery upon:

> James P. Nally, Esq.
> Michael Cirrito, Esq.
> Varughese & Associates, P.C.
> 100 Ring Road West
> Garden City, New York  11554
> info@whiteandcirrito.com
> *Counsel for Joseph Maceda*

Dated:   New York, New York
           September 25, 2007

                                                        /s/
                                          Mary Cecilia Sweeney  (MS-6047)

{N0097809; 1}