UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

ALGONQUIN CAPITAL MANAGEMENT,
LLC, a Connecticut Limited Liability Company,

                 Plaintiff,

      vs.

JOSEPH MACEDA,

                 Defendant.

**1:07-cv-07522 (PKC)**

### NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the attorneys identified below hereby appear as counsel

for and on behalf of plaintiff Algonquin Capital Management, LLC in the above-captioned

action.  Please direct all further correspondence, notices, pleadings, motion papers, orders and

other court documents to be sent to plaintiff regarding this matter to the undersigned.

Dated: New York, New York
        September 26, 2007

                                SULLIVAN & WORCESTER LLP

                     By:   /s/
                             Barry S. Pollack (BP 4039)
                             e-mail:  bpollack@sandw.com
                             Mary Cecilia Sweeney (MS-6047)
                             e-mail: msweeney@sandw.com
                             1290 Avenue of the Americas
                             29th Floor
                             New York, New York 10104
                             Tel: (212) 660-3000
                             Fax: (212) 660-3001
                             Counsel for Plaintiff