

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

# MEMO ENDORSED

October 12, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

<u>VIA FACSIMILE: (212) 805-7949</u>
Mr. Andrew D'Agostino
Courtroom Deputy Clerk\Case Manager
   for Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Algonquin Capital Management, LLC v. Maceda</u>, No. 07-CV-7522 (PKC)

Dear Mr. D'Agostino:

This firm represents plaintiff in the above-referenced matter. Pursuant to your email to counsel, dated October 10, 2007, we write on behalf of both parties to request a postponement or extension of the initial pre-trial conference in this matter. The pre-trial conference is presently scheduled for October 19, 2007 at 10:45 a.m., before the Honorable P. Kevin Castel. The lead trial attorneys for both parties are not available on that date, due to trial and deposition commitments.

The parties request that the conference be rescheduled to November 19th or 20th, if convenient for the Court. Counsel are also available between 12 p.m. and 2 p.m. on November 1, 2007.

Please do not hesitate to contact me if you have any questions or require any additional dates for the Court's consideration.

Sincerely,

Mary Cecilia Sweeney
Direct line: 212 660 3052
msweeney@sandw.com

cc:   Michael Cirrito, Esq.
      Barry S. Pollack, Esq

*Conference adjourned from October 19, 2007 at 9:45 a.m., to November 19, 2007 at 9:45 a.m. Letter due five days before adjourned conference date. SO ORDERED. /s/ P. Kevin Castel, USDJ 10-15-07*

BOSTON   NEW YORK   WASHINGTON, DC