Barry S. Pollack (BP 4039)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

ALGONQUIN CAPITAL MANAGEMENT,
LLC, a Connecticut Limited Liability Company,

      Plaintiff,

  vs.

JOSEPH MACEDA,

      Defendant.

Case No. 07-cv-7522 (PKC)

### NOTICE OF SETTLEMENT WITH CONTEMPLATED DISMISSAL WITHOUT PREJUDICE UNTIL PAYMENT IS MADE IN SEPTEMBER, 2008

  Algonquin Capital Management, LLC, by its undersigned counsel, hereby submits this notice of settlement with contemplated dismissal *without* prejudice, stating as follows:

  The parties to the above captioned action attended court-ordered mediation on Wednesday, June 4, 2008 in New York. At mediation, the parties reached an agreement to settle this action. While the matter has been settled through mediation, the settlement agreement contemplates a payment schedule with the first payout not due until, with the benefit of a grace period, September 1, 2008. Until such time as the first payment is made, dismissal of this action should be *without* prejudice.

Dated: June 13, 2008                    Respectfully submitted,

ALGONQUIN CAPITAL MANAGEMENT, LLC,

By its counsel,

/ s / Barry S. Pollack
Barry S. Pollack (BP4039)
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000

SO ORDERED
[signature]
USDJ
6-13-08

- 2 -